ELBERT W. COOK, PLAINTIFF, *v.* JOHN DOOLITTLE, DEFENDANT.

*Vendee in contract for sale of land — right of, to cut standing timber.*

A purchaser under a contract for the sale of lands, in possession simply by acquiescence, has no right to cut standing timber from the freehold without special license from the vendor, except for repairs of buildings and fences, or the purposes of husbandry. The doctrine laid down in *Van Wyck* v. *Alliger* (6 Barb., 507) said to have been repudiated in *Van Deusen* v. *Young* (29 id., 9).

EXCEPTIONS ordered to be heard in the first instance at the General Term.

The action was in the nature of trespass, for unlawfully cutting and conveying away standing timber.

*J. McGuire*, for plaintiff. *M. M. Mead*, for defendant.

Opinion by JAMES, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

New trial granted, costs to abide the event.